# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

**TIMOTHY R. HOTT, P.C.**
591 Summit Avenue
Jersey City, New Jersey 07306
Telephone (201)653-5000
(TH 6729)
Attorney for the Plaintiffs

| | |
|---|---|
| William Dwyer, Nicholas Fabiano, John Ott, Dennis Whitby, Frank Hughes, Michael Rapp, Emanuel Santos and Alan O'Shea as Trustees of the Refrigeration & Air Conditioning Service Division (UA-NJ) Pension Fund, Welfare Fund, Annuity Fund and Education Fund for and on behalf of themselves and said Funds and the New Jersey Committee Representing the United Association of Plumbers and Pipefitters of the United States and Canada, an unincorporated labor organization, <br><br> *Plaintiff(s)* <br> VS. <br><br> Eagle Air Systems, Inc., et als <br><br> *Defendant(s)* | CIVIL ACTION <br><br> CIVIL ACTION NO. <br><br> 07-3602 (SRC) (MAS) <br><br> **ORDER FOR DEFAULT JUDGMENT AS TO DEFENDANTS EAGLE AIR SYSTEMS, HARRY C. WITTMAIER, T.A. ELONIS, OPEN SYSTEM DESIGNS & PINNACLE CONTROL SYSTEMS** |

In this action the defendants, Eagle Air Systems, T.A. Elonis, Open Systems Design, Harry C. Wittmaier and Pinnacle Control Systems, having been regularly served with the Summons and Complaint and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired and the default of the said Defendant, the premises having been duly entered according to law; upon the application of the Plaintiff, judgment is hereby entered against the said Defendant in pursuance of the prayer of the Complaint.

-3-

WHEREFORE, by virtue of law and by reason of the premises aforesaid;

It is ORDERED, ADJUDGED and DECREED that the said Plaintiffs do have and recover from each of said Defendants the sums set forth below:

Eagle Air Systems. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $12,469.64

T.A. Elonis, Inc... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,969.64

Open System Designs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,969.64

Harry C. Witttmaier. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,469.64

Pinnacle Control Systems. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,469.64

SO ORDERED

_____
STANLEY R. CHESLER, U.S.D.J.